BLANCHARD BROTHERS, INCORPORATED, v. JOSEPHINE
A. BERENDGE ET AL.

Submitted December 4, 1913—Decided March 4, 1914.

1. Where there is no proof of authority or agency, or of ratification
   by the party sought to be held liable, a purchase of goods entered
   into by written contract, in the name of the nominal principals,
   by a clerk in their employ, without their knowledge or consent, is
   not binding upon the principal.
2. A finding of fact by the trial court without any testimony to sup-
   port it, upon which liability is predicated, will be reviewed by
   this court.

On appeal from Second District Court of Newark.

Before Justices GARRISON, TRENCHARD and MINTURN.

For the plaintiff, *Theodore McC. Marsh.*

For the defendants, *Robert H. Cunningham.*

The opinion of the court was delivered by

MINTURN, J.   The stipulated facts show that a contract
for a supply of lead pencils was entered into by a clerk or
bookkeeper, in the defendants' employ, without the defend-
ants' knowledge, and the practical inquiry is whether upon
the mere proof of that fact liability of these defendants may
be predicated.   It is only where there is some evidence to
support the finding of the trial court, that this court will
decline to consider the correctness of the finding; but where
the finding of fact is unsupported by any evidence, it can
furnish no basis for the liability predicated upon it.   *War-
ren* v. *Finn,* 55 *Vroom* 206.

We think that fact presents the situation here.   We find
in the case no testimony or admission upon which the in-
ference may rest, that the defendants or any one in authority
for them, ordered the goods in question.

We find no proof whatever of agency. The legal rule is that the agency must be antecedently given or be subsequently adopted. 2 *Kent Com.* 784.

We find, however, in the case no testimony upon which it may reasonably be inferred that the defendants ratified or adopted by act or conversation the contract which their book-keeper entered into in their behalf, without their knowledge or consent. Without some evidence of that character the judgment appealed from is not legally supported, and must be reversed, with costs.